IN THE UNITED STATES DISTRICT COURT
FOR THE __Western__ DISTRICT OF __Kentucky__
_____ DIVISION

*(Write the District and Division, if any, of the court in which the complaint is filed.)*

19 JUL 18 PM 4:29

---

__David Russell Ellenberger__
__Internet Top 40.com LLC__
_____

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

__Alphabet, Inc. parent company__
__of Google & Absense__
_____

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. __3:19-CV-527-DJH__
*(to be filled in by the Clerk's Office)*

Jury Trial:  ☑ Yes   ☐ No
*(check one)*

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: David Russell Ellenberger
Street Address: 1040 Cherokee Rd. Apt. 1C
City and County: Louisville, Jefferson
State and Zip Code: Kentucky 40204
Telephone Number: (502) 762-5184
E-mail Address: internettop40.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1
Name: Alphabet, Inc.
Job or Title (if known):
Street Address: 1600 Amphitheatre Pkwy
City and County: Mountain View, Santa Clara
State and Zip Code: California, 94043-1351
Telephone Number: (650) 253-0000
E-mail Address (if known):

Defendant No. 2
Name:
Job or Title (if known):
Street Address:
City and County:

2

        State and Zip Code    _____

        Telephone Number    _____

        E-mail Address    _____
        (if known)

Defendant No. 3

    Name    _____

    Job or Title    _____
    (if known)

    Street Address    _____

    City and County    _____

    State and Zip Code    _____

    Telephone Number    _____

    E-mail Address    _____
    (if known)

Defendant No. 4

    Name    _____

    Job or Title    _____
    (if known)

    Street Address    _____

    City and County    _____

    State and Zip Code    _____

    Telephone Number    _____

    E-mail Address    _____
    (if known)

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question  ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____
_____
_____

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

   a. If the plaintiff is an individual

      The plaintiff, *(name)* David Russell Ellenberger, is a citizen of the State of *(name)* Kentucky.

   b. If the plaintiff is a corporation

      The plaintiff, *(name)* InternetTop40.com LLC is incorporated under the laws of the State of *(name)* Kentucy, and has its principal place of business in the State of *(name)* Kentucky.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

4

b. If the defendant is a corporation

The defendant, (name) **Alphabet, Inc.**, is incorporated under the laws of the State of (name) **California**, and has its principal place of business in the State of (name) **California**. Or is incorporated under the laws of (foreign nation) _____, and has its principal place of business in (name) _____.

(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because (explain):

**$40,000,000 because they defrauded plaintiff of monies promised contractually, and otherwise, as well as damages punitively**

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

David Russell Ellenberger, dba InternetTop10.com LLC, entered into contractual agreement(s) to create content on a website in exchange for allowing defendant to place adds on said website, to be paid in the future for hits (clicks & views) on said website; the amount to be paid when said amount reaches an $100, or greater. The amount to be paid, as said, was solely based on the number of hits on the website, as well as ads placed by Google (subsidiary of Alphabet, Inc). Defendant was responsible for keeping track of the number of hits, and what they were paid by advertisers. When plaintiff inquired into receiving monies due him, he was not paid, and presented with documentation, that hits on other sites, as well as monies collected from advertisers, had not reached the minimal amount necessary to receive payment. The figures he originally received from defendant were much greater than those presented to him after plaintiff requested payment from defendant.

IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff states as of this writing he has yet to receive any monies owed him. As of now, actual monies owed are in excess of $160,000. The website, InternetTop40.com remains in operation and still receiving hits. The punitive damages are in the amount of $39,840,000. Actual monies owed are for actual fulfillment of actual contracts. Punitive damages are asked because of sacrifices made to, and for devotion, and time given to the development of InternetTop40.comLLC.

V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

    A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____, 20__.

Signature of Plaintiff
Printed Name of Plaintiff   David Russell Ellenberger
InternetTop40.comLLC

    B. For Attorneys

Date of signing: _____, 20__.

Signature of Attorney        _____
Printed Name of Attorney     _____
Bar Number                   _____
Name of Law Firm             _____
Address                      _____
Telephone Number             _____
E-mail Address               _____