### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF KENTUCKY
### LOUISVILLE DIVISION

| | |
|---|---|
| **DAVID RUSSELL ELLENBERGER,** | |
| *Plaintiff* | Case Action No.: 3:19-CV-527-DJH-RSE |
| vs. | |
| **ALPHABET, INC. PARENT COMPANY OF GOOGLE AND ADSENSE,** | |
| *Defendants* | |

### MOTION TO STRIKE PLAINTIFF'S MOTION

Defendant, Alphabet, Inc. ("Google"), by counsel, submits the following Motion to Strike Plaintiff's Motion to Allow Newly Discovered Evidence (DN 30), filed on May 7, 2020, and in support hereof, states as follows:

1. On May 7, 2020, Plaintiff filed his Motion to Allow Newly Discovered Evidence and Keep Punitive Damages and the Trial in Louisville, Kentucky.

2. Defense counsel are not sure how to interpret Plaintiff's Motion, but it appears that he is seeking to make new allegations regarding Defendant's conduct. If that is the case, Plaintiff needs to seek leave to amend his Complaint pursuant to Federal Rule of Civil Procedure 15(b). For this reason, Defendant requests that Plaintiff's Motion be stricken, or, in the alternative, denied.

3. It further appears that Plaintiff may be alternatively seeking to offer further support for his opposition to Defendant's Motion to Dismiss or Transfer and, in the Alternative, To Strike Request for Punitive Damages. (DN 22.) That Motion has been fully briefed and submitted to this Court since February 22, 2020, when Defendant filed its Reply Brief. (DN 26). Therefore, if Plaintiff's current Motion seeks to supplement his

Response to Defendants' Motion, it should be stricken as impermissible and untimely, or in the alternative, denied.

4. In further support of its Motion, Defendant additionally submits and concurrently files its Memorandum of Law in Support of Motion to Strike Plaintiff's Motion.

**WHEREFORE**, Defendants request that Plaintiff's Motion to Allow Newly Discovered Evidence and Keep Punitive Damages and the Trial in Louisville, Kentucky (DN 30) be stricken from the Court's records, or in the alternative, be denied.

Date: May 21, 2020                     Respectfully submitted,

By:     */s/ Scott P. Zoppoth*
Scott P. Zoppoth (KY Bar No. 83905)
THE ZOPPOTH LAW FIRM
635 West Main Street, Suite 400
Louisville, Kentucky 40202
Tel: (502) 568-8884
Fax: (502) 568-1319
spz@zoplaw.com

Kelsey Spector (*pro hac vice*)
Aarti G. Reddy (*pro hac vice*)
Jeffrey M. Gutkin (*pro hac vice*)
COOLEY LLP
101 California Street, Fifth Floor
San Francisco, California 94111
Tel: (415) 693-2000
kspector@cooley.com
areddy@cooley.com
jgutkin@cooley.com

*Counsel for Defendant, Alphabet, Inc.*

-3-

## CERTIFICATE OF SERVICE

  I hereby certify that on May 21, 2020, I filed the foregoing with the Clerk of Court through the CM/ECF system, which will send a notice of the same via electronic filing and by regular U.S. Mail to:

David Russell Ellenberger
1040 Cherokee Road, Apartment 1C
Louisville, Kentucky 40204

               /s/ Scott P. Zoppoth
               Scott P. Zoppoth