## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

| | |
|---|---|
| **DAVID RUSSELL ELLENBERGER AND INTERNETTOP40.COM, LLC,** | |
| *Plaintiff* | Case Action No.: 3:19-CV-527-DJH-RSE |
| **vs.** | |
| **ALPHABET, INC. PARENT COMPANY OF GOOGLE AND ADSENSE,** | |
| *Defendants* | |

### ORDER STRIKING PLAINTIFF'S MOTION

The Court, having considered Defendants' Motion to Strike Plaintiff's Motion to Allow Newly Discovered Evidence and Keep Punitive Damages and the Trial in Louisville, Kentucky (DN 30), the Court finds as follows:

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Allow Newly Discovered Evidence and Keep Punitive Damages and the Trial in Louisville, Kentucky is **STRICKEN** from the Court's record.

**SIGNED** this _____ day of _____, 2020.


_____
The Honorable Regina S. Edwards
United States Magistrate Judge

TENDERED BY:

*/s/ Scott P. Zoppoth*
Scott P. Zoppoth (KY Bar No. 83905)
The Zoppoth Law Firm
635 West Main Street, Suite 400
Louisville, Kentucky 40202
Tel: (502) 568-8884
Fax: (502) 568-1319
spz@zoplaw.com
*Counsel for Defendant, Alphabet, Inc.*