

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF KENTUCKY

LOUISVILLE DIVISION

| | |
|---|---|
| DAVID RUSSELL ELLENBERGER,<br><br>Plaintiff,<br><br>vs.<br><br>ALPHABET, INC. PARENT COMPANY OF GOOGLE AND ADSENSE, ET AL,<br><br>Defendant | ) Case No.: 3:19-CV-527-DJH-RSE<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION TO STRIKE THE MOTION TO "ALLOW NEWLY DISCOVERED EVIDENCE" IS MOOT OR I RESCIND THAT MOTION, UNTIL THE PROPER TIME. FURTHER, IN RESPONSE TO ALPHABET'S MOTION TO STRIKE MY MOTION TO "ALLOW NEWLY DISCOVERED EVIDENCE", IS THUS ALSO MOOT.**

Dated this 28th day of May, 2020

I miswrote my previous motion to "Allow Newly Discovered Evidence". That motion is Moot or I rescind that motion, until the proper time, so please disregard or strike it. Further, in response to Alphabet's motion to strike my motion, their motion is also Moot.

Please consider the following.

1. My previous, motion to include in trial, "Newly Discovered Evidence", is moot.
2. Both parties have agreed to a continuance of our 26f conference and thus have not introduced any real evidence, which I will be introducing later, at the proper time. Alphabet's motion to strike is Moot.
3. The evidence in question was already in my possession. It took me, until a week before I filed the motion, to "Allow Newly Discovered Evidence," to actually sift through the numbers and realize what they all meant, and in my haste and lack of procedural knowledge, I miswrote "Newly Discovered Evidence"
4. The evidence in question is numbers freely available to anyone with an internet connection and the ability to take a screenshot.
5. Unless we can have access to internal memos and other documents, the main question, at trial, will be whose numbers do you believe. Thus, the numbers are the only real evidence either side will be able to introduce.
6. I will add the numbers in as evidence at the proper time, whenever both parties agree to it, following your decision, on the original motions, to keep the trial in Louisville and allow punitive damages.