FILED
VANESSA L. ARMSTRONG
MAY 29 2020
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

May 28, 2020

Clerk's Office
601 W. Broadway, Rm 106
Gene Snyder United States Courthouse
Louisville, KY 40202

Greetings:

My name is David Russell Ellenberger and my Case #3:19-CV-527-DJH-RSE which is pending.

Please find enclosed a new motion, with cover sheet to be file with the court. I have added a self-addressed, stamped envelope for you to return the time-stamped and dated original.

Also, please include my previous motion, which I neglected to add a self-addressed, stamped envelope, for your convenience, the last time, if it is still available.

Thank you.

Regards,

David Russell Ellenberger
1040 Cherokee Road – C2
Louisville, KY 40204
(502) 762-5184

Ellenberger
1040 Cherokee Rd. - C2
Louisville
Ky 40204




Clerk's Office
601 W. Broadway - Room 106
Gene Snyder United States Courthouse
Louisville
Ky 40202



FILED
VANESSA L. ARMSTRONG
MAY 29 2020
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY